**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSEPH ARMSTRONG,

               Plaintiff,

     v.

DEPARTMENT OF COMMERCE,

               Defendant.

Case No. 24-cv-3185 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss, ECF 24, is **GRANTED**, and this case is **DISMISSED** without prejudice.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 27, 2026